*October 5, 2017*

2017-Ohio-8093.]

**2017–1344.   Brewer v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus. Upon consideration of respondents' motion to move case to standard case docket. Motion granted. On relator's request for clerk to refuse to file respondents' motion. Request denied.
    FRENCH and O'NEILL, J., dissent in part and would deny respondents' motion.
    O'DONNELL, J., dissents in part and would deny respondents' motion and deny relator's request as moot.

*October 6, 2017*

2017-Ohio-8092.]

**2016–1766.   Three Harbor Berea 3035, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–2252. On joint motion to remand to implement settlement. Motion granted. The cause is remanded to the Board of Tax Appeals to take further action as appropriate.

*October 9, 2017*

2017-Ohio-8117.]

**2017–0087.   State v. Carnes.**
Hamilton App. No. C–150752, 2016-Ohio-8019. On motion for appointment of the Office of the Ohio Public Defender as counsel. Motion granted.